1  **GOODSILL ANDERSON QUINN & STIFEL**
   **A Limited Liability Law Partnership LLP**
2  **Barbara A. Petrus, Esq. (pro hac vice)**
   *Email:* *bpetrus@goodsill.com*
3  **Anne T. Horiuchi, Esq. (pro hac vice)**
   *Email:* *ahoriuchi@goodsill.com*
4  **First Hawaiian Center, Suite 1600**
   **999 Bishop Street**
5  **Honolulu, Hawaii  96813**
   **Telephone:  (808) 547-5600**
6  **Facsimile:  (808) 547-5880**

7

8  **Michael W. Dotts, Esq.**
   **O'CONNOR BERMAN DOTTS & BANES**
9  **2nd Floor, Marianas Business Plaza**
   **P.O. Box 501969**
10  **Saipan, MP 96950**
   **Telephone No. (670) 234-5684**
11  **Facsimile No. (670) 234-5683**
   *Email:* *attorneys@Pacific-Lawyers.com*
12

13  *Attorneys for Defendants*
   **PAR TECHNOLOGY CORPORATION and**
14  **ROME RESEARCH CORPORATION**
15

16              **UNITED STATES DISTRICT COURT**
                        **FOR THE**
17              **NORTHERN MARIANA ISLANDS**

18  **ALBERTO D. ESPAYOS, et al.,**        )   **CASE NO. 1:12CV-00017**
                                           )
19                                         )
              **Plaintiffs,**              )
20                                         )   **DEFENDANTS PAR TECHNOLOGY**
                                           )   **CORPORATION AND ROME**
21         **v.**                          )   **RESEARCH CORPORATION'S**
                                           )   **MOTION FOR SUMMARY JUDGMENT**
22  **PAR TECHNOLOGY**                     )   **AGAINST PLAINTIFF ALEXANDER U.**
   **CORPORATION, a Delaware**             )   **IGISAIAR; MEMORANDUM IN**
23  **corporation and ROME RESEARCH**      )   **SUPPORT OF MOTION FOR**
   **CORPORATION, a New York**             )   **SUMMARY JUDGMENT;**
24  **corporation,**                       )   **DECLARATION OF ANNE T.**
                                           )   **HORIUCHI; EXHIBITS "A" – "B";**
25            **Defendants.**              )   **DECLARATION OF EDWARD R.**
                                           )   **WILLIAMS; DECLARATION OF**
26                                         )   **TIMOTHY W. HIGGINS; PROOF OF**
                                           )   **SERVICE**
27                                         )
                                           )   **Hearing:**
28                                         )
                                           )

4571990.3

|   | |
|---|---|
| 1 | )   **Date:    December 5, 2013** |
|   | )   **Time:   10:00 a.m.** |
| 2 | ) |
|   | ) |
| 3 | )   **Trial Date:  March 3, 2014** |
| 4 | )   **Hon.  Ramona V. Manglona** |
|   | ) |
| 5 | ) |
|   | ) |
| 6 | ) |

Defendants PAR TECHNOLOGY CORPORATION and ROME RESEARCH

CORPORATION ("Defendants") by and through their attorneys Goodsill Anderson Quinn & Stifel

LLP and O'Connor Berman Dotts and Banes, respectfully move this Court for an order granting

judgment in favor of Defendants and against Plaintiff Alexander U. Igisaiar on all claims asserted in

Plaintiff's First Amended Complaint on the grounds that there are no genuine issues of material fact

and that Defendants are entitled to judgment as a matter of law.

This motion is brought pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure

and Rule 7.1 of the Local Rules of Practice for the United States District Court for the Northern

Mariana Islands, and is supported by the Memorandum in Support of Motion, Declarations and

Exhibits attached hereto, the records and files herein, and such further evidence and argument as

may be offered in support of this Motion.

Dated this 1st day of November, 2013.

By:    /s/       Anne T. Horiuchi
Barbara A. Petrus
Anne T. Horiuchi
GOODSILL ANDERSON QUINN & STIFEL LLP
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Michael W. Dotts
O'CONNOR BERMAN DOTTS & BANES
2nd Floor, Marianas Business Plaza
P.O. Box 501969

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Saipan, MP 96950
Telephone: (670) 234-5684
Facsimile: (670) 234-5683

*Attorneys for Defendants*
PAR TECHNOLOGY CORPORATION and
ROME RESEARCH CORPORATION