MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
PMB 738, P.O. Box 10,000
Beach Road, Garapan
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:    (670) 233-5262
E-mail:        mark@saipanlaw.com

BRUCE BERLINE, ESQ.
Second Floor, Macaranas Building
P.O. Box 5682 CHRB
Beach Road, Garapan
Saipan, Mariana Islands 96950
Telephone:    (670) 233-3663
Facsimile:    (670) 233-5262
E-mail:        bruce@saipanlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ALBERTO D. ESPAYOS, LEONORA C. ANGELLO, JESSE MUNA VILLAR, ALEXANDER U. IGISAIAR and MICHAEL H. NAPUTI,<br><br>Plaintiffs,<br><br>vs.<br><br>PAR TECHNOLOGY CORPORATION, a Delaware corporation and ROME RESEARCH CORPORATION, a New York corporation,<br><br>Defendants. | CASE NO. 1:12-CV-00017<br>(and consolidated Case No. 1:12-CV-00019)<br><br><br><br>STIPULATED DISMISSAL<br>WITH PREJUDICE |

In accord with the Settlement Agreement between the parties, and pursuant to Fed. R. Civ. P. 41(a), the parties, by and through their attorneys of record, hereby stipulate to the dismissal of the above-captioned case with prejudice. The parties further stipulate that the Court, being advised of the terms of the settlement, shall retain jurisdiction over the matter to enforce the terms of the Settlement Agreement. Each party shall bear their own attorneys' fees and costs.

DATE: November 5, 2013                /s/ Mark B. Hanson
                                      _____
                                      MARK B. HANSON
                                      Attorney for Plaintiffs


DATE: November 5, 2013                /s/ Michael W. Dotts
                                      _____
                                      MICHAEL W. DOTTS
                                      Attorney for Defendants