F I L E D
Clerk
District Court
NOV 06 2013
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ALBERTO D. ESPAYOS, LEONORA C. ANGELLO, JESSE MUNA VILLAR, ALEXANDER U. IGISAIAR and MICHAEL H. NAPUTI,<br><br>Plaintiffs,<br><br>vs.<br><br>PAR TECHNOLOGY CORPORATION, a Delaware corporation and ROME RESEARCH CORPORATION, a New York corporation,<br><br>Defendants. | CASE NO. 1:12-CV-00017<br>(and consolidated Case No. 1:12-CV-00019)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Pursuant to the stipulation of the parties (ECF No. 54), these consolidated matters are hereby dismissed with prejudice. The Court, having been advised of the terms of the settlement, shall retain jurisdiction over the matter to enforce the terms of the Settlement Agreement between the parties. Each party shall bear their own attorneys' fees and costs.

**SO ORDERED** this 6th day of November, 2013.

_____
RAMONA V. MANGLONA, Chief Judge